■ MICHAEL STEBILA et al., Respondents, v. LEON D. MITRANY et al., Appellants, et al., Defendants.— In an action to invalidate a tax sale and tax deed, and for other related relief, defendants comprising Elma Land Co., as partners and individually, appeal from an order of the Supreme Court, Suffolk County, entered January 12, 1966, which (1) denied their motion *inter alia* to dismiss each of the causes in the amended complaint on the grounds that each of them is barred by the Statute of Limitations and fails to state a cause of action, (2) granted plaintiffs summary judgment on their second cause of action and (3) directed cancellation of the tax sale and the tax deed. Order affirmed, without costs (*Proschuk* v. *Erlwein,* 22 A D 2d 1018). In our opinion, the amended complaint relates back to the original complaint. Beldock, P. J., Ughetta, Rabin, Hopkins and Benjamin, JJ., concur.

■ WILLIAM TEPERSAK et al., Respondents, v. RALPH T. NORTON et al., Doing Business under the Name of NORTON BROTHERS, Appellants.— In an action by the owners of certain real property, who had engaged defendant surveyors to survey and monument the property, to recover damages for negligence in surveying and monumenting the property, defendants appeal from an order of the Supreme Court, Suffolk County, entered November 6, 1964, which denied their motion for summary judgment. Order affirmed, without costs. In our opinion, issues requiring trial were raised by the affidavits. As the complaint is amendable, summary judgment was properly denied (see *Curry* v. *MacKenzie,* 239 N. Y. 267, 272; *Rock* v. *Fidelity & Cas. Co.,* 16 A D 2d 823). Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of CALVIN C. COBB, Petitioner.— Application by petitioner to vacate, amend or modify the order of this court, entered October 10, 1966, disbarring him from practice of law in the State of New York. Application denied. Christ, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.